IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> VINA MARIE BASILE, et al., ) <br> ) <br> *Defendants*. ) <br> _____ ) | NO. 1:04-cr-5353 AWI <br><br> **ORDER ON STIPULATION TO CONTINUE MOTIONS AND STATUS CONFERENCE HEARINGS; AND CONTINUE DEFENDANT'S OPTIONAL REPLY TO PLAINTIFF'S RESPONSE TO MOTION; AND PROPOSED ORDER THEREON** <br><br> Date: November 13, 2006 <br> Time: 9:00 a.m. <br> Judge: Hon. Anthony W. Ishii |

On November 2, 2006, the parties in the above titled action filed the following stipulation:

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel herein, that the Motion and Status Conference Hearings scheduled for November 6, 2006 are hereby continued to **November 13, 2006 at 9:00 a.m.**

IT IS FURTHER STIPULATED by and between the parties hereto, and through their respective counsel herein, that defendant's reply to plaintiff's response to defendant's motions is hereby continued from October 30, 2006 to **November 6, 2006**.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(A).

DATED: November 2, 2006            MCGREGOR W. SCOTT
                                                                       United States Attorney

                                                                      By /s/ Mark J. McKeon
                                                                          MARK J. McKEON
                                                                          Assistant U.S. Attorney
                                                                          Attorney for Plaintiff

| | |
|---|---|
| DATED: November 2, 2006 | DANIEL J. BRODERICK<br>Federal Public Defender<br><br>By /s/ Mark A. Lizárraga<br>　　MARK A. LIZÁRRAGA<br>　　Assistant Federal Defender<br>　　Attorney for Defendant<br>　　VINA MARIE BASILE |

# **O R D E R**

In accordance with the above stipulation, IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:　November 2, 2006**　　　　　　　　/s/ Anthony W. Ishii
0m8i78　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Stipulation to Continue Motions and Status Conference
Hearings; and Continue Defendant's Optional
Reply to Plaintiff's Response to Motions　　　2